**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

October 25, 2002

Memo To Counsel Re: Barbara Bellows v. Phoenix Home Life Mutual Ins. Co.
Civil No. JFM-02-2294

Dear Counsel:

In accordance with your joint request, I will ask that Magistrate Judge Grimm refer this case to one of the magistrate judges for the purpose of holding an early ADR conference. In the interim, the deadlines set in the scheduling order entered on October 16, 2002 are hereby suspended.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File